UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANDRA FRAZIER, et al.,

                Plaintiffs,

     -vs-

UNITED STATES OF AMERICA, et al.,

                Defendants.

**SETTLEMENT ORDER**

04-CV-6291

---

The Court having been advised that the above action has been settled, it is therefore

ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice. Each party must bear its own costs; and it is further

ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.


                                          _/s/ David G. Larimer_
                                          DAVID G. LARIMER
                                          UNITED STATES DISTRICT JUDGE

Dated:       December 20, 2006
                Rochester, New York